IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF CELLULAR TELEPHONE NUMBER 307-214-7625 THAT IS STORED AT PREMISES CONROLLED BY CELLCO PARTNERSHIP DBA VERIZON WIRELESS | Case No.<br><br>**Filed Under Seal** |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 NOV -3 PM 2:37
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

3:17 mj 513

## ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that CELLCO PARTNERSHIP DBA VERIZON WIRELESS shall not disclose the existence of the warrant, the application, or this Order of the Court, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

11-3-17
DATE

HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE